Peter Dubowsky, Esq.
Nevada Bar No. 4972
DUBOWSKY LAW OFFICE, CHTD.
300 South Fourth Street
Suite 1020
Las Vegas, Nevada 89101
(702) 360-3500
Fax (702) 360-3515
peter@dubowskylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ACERTUS dba METROGISTICS, LLC | Case No.: 2:22-cv-01298-APG-EJY |
| Plaintiff, | |
| vs. | |
| 702 CARRIERS LLC and DOES I-X and ROE CORPORATIONS I-X, inclusive | |
| Defendants | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFFS' REPLY TO DEFENDANT 702 CARRIERS, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (first request)**

This is the first stipulation for extension of time for Plaintiff to file a Reply to the Defendant 702 Carriers, LLC's Opposition (ECF 13) to Plaintiff's Motion for Summary Judgment (ECF 12). The Plaintiff's Motion for Summary Judgment (ECF 12) was filed on September 14, 2022. The Opposition to Motion for Summary Judgment (ECF 13) was filed on October 5, 2022. The due date for the reply brief is currently October 19, 2022.

The Plaintiff requires this extension for the following reasons: The several Jewish High Holy Days, which Plaintiff's counsel strictly observes, occur throughout October and do not conclude until the night of October 18, 2022. The Plaintiff is out of the office for the Holidays and does not engage in any work. Following that, the Plaintiff is scheduled for travel to Europe for approximately two weeks and returning early November.

The parties stipulate for up to and including November 28, 2022 to file its Reply.

This Stipulation is submitted in compliance with LR IA 6-1(a) in good faith, is not interposed for purposes of delay, and will not prejudice the litigants.

Dated: October 13, 2022                                   Dated: October 13, 2022

DUBOWSKY LAW OFFICE, CHTD.                                KEATING LAW GROUP


By: /s/Peter Dubowsky                                     By: /s/Bryce Buckwalter
    Peter Dubowsky, Esq.                                      Bryce B. Buckwalter, Esq.
    Nevada Bar No. 4972                                       Nevada Bar No.
    300 South Fourth Street, Suite 1020                       9130 West Russell Road #200
    Las Vegas, Nevada 89101                                   Las Vegas, Nevada 89148
    (702) 360-3500                                            (702) 228-6800 X103
    Fax (702) 360-3515                                        Fax (702)228-0443
    peter@dubowskylaw.com                                     bbuckwalter@KeatingLG.com
    Attorney for Plaintiff                                    Attorney for Defendant


**ORDER**

Based upon the Stipulation of the parties hereto, and for good cause, IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby Granted for the Plaintiff to have up to and including November 28, 2022 to file its Reply brief.

Dated: October 18, 2022

_____
UNITED STATES DISTRICT JUDGE