BRYCE B. BUCKWALTER
Nevada Bar No. 7626
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
*bbuckwalter@keatinglg.com*
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant
702 CARRIERS LLC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ACERTUS dba METROGISTICS, LLC.<br><br>Plaintiff,<br>vs.<br><br>702 CARRIERS LLC and DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. :   2:22-cv-01298-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with, with each party to bear their own costs and attorney's fees and costs.

DATED this 14th day of March, 2023.                      DATED this 14th day of March, 2023.

DUBOWSKY LAW OFFICE, CHTD.                       K E A T I N G LAW GROUP

/s/Peter Dubowsky                                                      /s/ Bryce B. Buckwalter
Peter Dubowsky                                                          John T. Keating
Nevada Bar No.  4972                                                Nevada Bar No. 6373
300 South Fourth Street                                             Bryce B. Buckwalter
Las Vegas, NV 89101                                                  Nevada Bar No. 7626
Attorney for Plaintiff                                                    9130 West Russell Road, Ste 200
                                                                                    Las Vegas NV 89148
                                                                                    Attorney for Defendant

1


Acertus DBA Metrogistics vs. 702 Carriers
Case No.: 2:22-cv-01298-APG-EJY

### ORDER

IT IS SO ORDERED that Defendant 702 Carriers, LLC., be dismissed, with prejudice from the above-entitled matter, with each party to bear their own fees and costs.

DATED this  15th  day of   March  . 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

K E A T I N G LAW GROUP

/s/ Bryce B. Buckwalter
Bryce B. Buckwalter
Nevada Bar No. 7626
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant
702 CARRIERS LLC.